**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **KAREN BALLARD**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**PRECIPIO, INC.**,<br><br>Defendant. | Case No.: 3:26-cv-00656 |
| **REBECCA MCKINNEY**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**PRECIPIO, INC.**,<br><br>Defendant. | Case No.: 3:26-cv-00687 |

**PLAINTIFFS' MOTION TO CONSOLIDATE RELATED ACTIONS AND APPOINT INTERIM CO-LEAD CLASS COUNSEL**

Plaintiff Karen Ballard and Plaintiff Rebecca McKinney (collectively, "Plaintiffs"), on behalf of themselves, and on behalf of all others similarly situated (the "Class" or "Class Members"), respectfully request the Court consolidate the above-captioned matters (the "Related Actions") pursuant to Federal Rule of Civil Procedure 42(a) and enter the proposed briefing schedule set forth in the accompanying proposed order.[1] The Related Actions arise from common questions of law and fact, specifically, a data breach impacting Defendant Precipio, Inc.'s ("Defendant") systems, making consolidation appropriate.

[1] A Proposed Order is attached the accompanying Memorandum of Law as **Exhibit 1**.

Additionally, pursuant to Federal Rule of Civil Procedure 23(g), Plaintiffs move for an order appointing interim class counsel for the Related Actions. Plaintiffs' proposed leadership structure represents a coalition of two (2) law firms collectively representing Plaintiffs and the putative class—Leanna A. Loginov of Shamis & Gentile, P.A., and Nicholas A. Migliaccio of Migliaccio & Rathod LLP ("Proposed Interim Class Counsel").

This Motion is based on the accompanying Memorandum of Law, the exhibits attached thereto, any argument presented to the Court, and all matters of which the Court may take judicial notice.

Defendant has not yet entered an appearance in either of the Related Actions. As such, Defendant's position on this Motion could not be obtained before filing.

Date: May 11, 2026

Respectfully submitted,

*/s/ Oren Faircloth*
Oren Faircloth (Bar No. 438105)
**SIRI & GLIMSTAD LLP**
100 Pearl Street
14th Floor - #16946876
Hartford, CT 06103
Tel: (929) 677-5181
E: ofaircloth@sirillp.com

Tyler J. Bean*
Kennedy M. Brian*
**SIRI & GLIMSTAD LLP**
101 Park Ave.
Suite 1300, #16982799
Oklahoma City, OK 73102
Tel: (929) 677-5144
Tel: (929) 376-5170
E: tbean@sirillp.com
E: kbrian@sirillp.com

Leanna A. Loginov
(*pro hac vice* application forthcoming)
**SHAMIS & GENTILE, P.A.**

14 NE 1st Ave, Suite 705
Miami, FL 33132
Tel.: (305) 475-2299
lloginov@shamisgentile.com

Nicholas A. Migliaccio
(*pro hac vice* application forthcoming)
**MIGLIACCIO & RATHOD LLP**
412 H St NE, Suite 302
Washington D.C. 20002
T: (202) 470-3520
F: (202) 800-2730
E: nmigliaccio@classlawdc.com

***Proposed Interim Co-Lead Class Counsel for Plaintiffs and the Proposed Class***

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that the foregoing was served on all counsel of record through the Court's CM/ECF system.

Date: May 11, 2026

*/s/ Oren Faircloth*
Oren Faircloth (Bar No. 438105)
**SIRI & GLIMSTAD LLP**