UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **KAREN BALLARD** and **REBECCA MCKINNEY**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**PRECIPIO, INC.**<br><br>Defendant. | Civil Action No. Case No.: 3:26-cv-00656 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Karen Ballard and Rebecca McKinney by and through their undersigned counsel of record, hereby dismiss their individual claims brought in the above-captioned action, without prejudice, with each party to bear its own fees and expenses.

DATED: September 23, 2026

Respectfully submitted,

*/s/ Oren Faircloth*

Oren Faircloth (Bar No. 438105)
**SIRI & GLIMSTAD LLP**
100 Pearl Street
14th Floor - #16946876
Hartford, CT 06103
Tel: (929) 677-5181
E: ofaircloth@sirillp.com

***Attorney for Plaintiffs and the Putative Class***

**CERTIFICATE OF SERVICE**

I, Oren Faircloth hereby certify that on September 23, 2026, a true and correct above and foregoing *Notice of Voluntary Dismissal Without Prejudice* has been sent via the Court's ECF system.

*/s/ Oren Faircloth*
Oren Faircloth